UNITED STATES DISTRICT COURT          **FILED**
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL DE ANGELIS,

Plaintiff,

v.                                        Case No. 3:09-cv-242-J-20HTS

DUVAL CO. SHERIFF'S
OFFICE, et al.,

Defendants.

2009 APR 16 P 3: 50

CLERK. US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On March 19, 2009, the Court ordered Plaintiff to file an amended complaint and to either file a fully completed Prisoner Consent Form and Financial Certificate (if he desired to proceed as a pauper) or pay the $350.00 filing fee (if he did not desire to proceed as a pauper). Further, the Court notified Plaintiff that failure to do so would result in the dismissal of this action without further notice. As of the date of this Order, Plaintiff has not responded.

Therefore, it is now

**ADJUDGED:**

1.    This case is hereby **DISMISSED** without prejudice.

2.    The Clerk of the Court shall enter judgment dismissing this case without prejudice, and close this case.

3.    The **Clerk of Court** shall send a "Civil Rights Complaint Form," an "Affidavit of Indigency" form, and a "Prisoner Consent Form and Financial Certificate" to Plaintiff. If Plaintiff elects to refile his claims in a separate action, he may complete and submit these forms. Plaintiff should not place this case number on

the forms. The Clerk will assign a separate case number if Plaintiff elects to refile his claims. In refiling, Plaintiff shall **either** file a fully completed "Prisoner Consent Form and Financial Certificate" and "Affidavit of Indigency" (if Plaintiff desires to proceed as a pauper) **or** pay the $350.00 filing fee (if Plaintiff does not desire to proceed as a pauper).

**DONE AND ORDERED** at Jacksonville, Florida, this _15t_ day of April, 2009.

UNITED STATES DISTRICT JUDGE

ps 4/14
c:
Michael De Angelis